# United States District Court
## Southern District of Georgia

Jeannette H. Days

## JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV414-214

Stonebridge Life Insurance Company

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated April 3, 2018, Defendant's Motion for Summary Judgment is Granted. Plaintiff's claims are dismissed. This action stands closed.



| April 3, 2018 | Scott L. Poff |
| --- | --- |
| Date | Clerk |

(By) Deputy Clerk